PER CURIAM.

(No. 75-CC-166—

JACK RAMPLEY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 9, 1974.*

JACK RAMPLEY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-314—

STANDARD OIL DIVISION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed September 17, 1974.*

STANDARD OIL DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.